# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ABDULLAH ROBERT BROWN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　　Respondent. | No. CV 11-4066-JST (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) Respondent's motion to dismiss is granted; and (2) the Petition is denied with prejudice for lack of subject matter jurisdiction.

DATED: 10·10·11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE